AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

UNITED STATES OF AMERICA

v.

YVES JEAN LOUIS
DOB:
POB:

FILED
OCT 0 7 2005
NYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-0528M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 26, 2005 to October 4, 2005__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

did seize or detain and threaten to kill to injure or to continue to detain another person in order to compel a third person to do an act, pay ransom, as an explicit or implicit condition for the release of the person detained.

in violation of Title __18__ United States Code, Section(s) __1203__.

I further state that I am __William Clauss, Special Agent with the Federal Bureau of Investigation__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

AUSA, John A. Beasley, Jr. (202) 514-6954
AUSA, Jeanne Hauch (202) 514-5776
Sworn to before me and subscribed in my presence,

Signature of Complainant
William Clauss, Special Agent
Federal Bureau of Investigation

OCT 07 2005                    at    Washington, D.C.
Date                                  City and State

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer      Signature of Judicial Officer